LOCAL NO. 320, INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO, Petitioner,

v.

NATIONAL LABOR RELATIONS BOARD, Respondent.

No. 22238.

United States Court of Appeals
Fifth Circuit.

March 10, 1966.

Clarence F. Rhea, Gadsden, Ala., for petitioner.

Marcel Mallet-Prevost, Asst. Gen. Counsel., N.L.R.B., Warren M. Davison, Atty., N.L.R.B., Washington, D. C., for respondent.

Before RIVES and THORNBERRY, Circuit Judges, and GARZA, District Judge.

PER CURIAM:

The Board found that the Union violated Section 8(b) (2) and (1) (A) of the Act, 29 U.S.C. § 158(b) (2) and 158(b) (1) (A), by causing Hughes Construction Company, Inc. to discharge an em-

ployee because the Union had not referred said employee to the Company.

This finding is supported by substantial evidence on the record as a whole. Accordingly, the Board's Order will be

Enforced.